## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **OZARK MOUNTAIN SPECIALTY FOODS, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| | ) | **8:04CV349** |
| v. | ) ) | **ORDER** |
| **EAT ME LLC; and SANDRA S. JOHNO,** | ) ) | |
| **Defendant.** | ) | |

Upon notice of settlement given to the magistrate judge on May 9, 2005 by counsel for the parties,

**IT IS ORDERED that:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before June 10, 2005**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 9th day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge