IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **OZARK MOUNTAIN SPECIALTY FOODS, INC.,** | ) ) ) | |
| Plaintiff, | ) ) | 8:04CV349 |
| vs. | ) ) | ORDER |
| **EAT ME, LLC and SANDRA S. JOHNO,** | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the "Memorandum to Court: Dismissal of Defense Counsel" (Filing No. 27) filed by the defendants' counsel Charles Septowski. The court deems the filing as a motion to withdraw as counsel for the defendants. On August 1, 2005, substitute counsel Paul M. Gnabasik filed his entry of appearance for the defendants Eat Me, LLC and Sandra S. Johno. **See** Filing No. 34. The court finds good cause shown for the withdrawal as required under NEGenR 1.3(f).

**IT IS ORDERED:**

1. Mr. Septowski's motion to withdraw as counsel for Eat Me, LLC and Sandra S. Johno (Filing No. 27) is granted.

2. The defendant Sandra S. Johno is no longer proceeding *pro se* and counsel for the plaintiff must communicate with Ms. Johno through her counsel.

3. The Clerk of Court shall stop all electronic notices to Charles Septowski regarding this case.

DATED this 3rd day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge