IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OZARK MOUNTAIN SPECIALTY FOODS, | ) ) ) | 8:04CV349 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| EAT ME, and SANDRA S. JOHNO, | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on plaintiff's motion for extension of time to file its brief (filing no. 37) in opposition to defendants' motion to dismiss or for summary judgment (filing no. 13). For good cause shown, the motion will be granted.

THEREFORE, IT IS ORDERED that the plaintiff's motion for extension of time (filing no. 37) is granted. The plaintiff is given an extension until September 9, 2005, within which to file an opposition to defendants' motion to dismiss or for summary judgment.

DATED this 2nd day of September, 2005.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge