**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **OZARK MOUNTAIN SPECIALTY FOODS, INC,** | ) ) ) | |
| **Plaintiff,** | ) ) | **8:04CV349** |
| vs. | ) ) | **ORDER** |
| **EAT ME, LLC and SANDRA S. JOHNO,** | ) ) | |
| **Defendants.** | ) | |

This matter is before the court on the Suggestion of Bankruptcy (Filing No. 43) filed by the defendant Sandra S. Johno. This defendant filed for bankruptcy in the Western District of Missouri, BK06-20260. Accordingly,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 29th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge