## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **OZARK MOUNTAIN SPECIALTY FOODS, INC.,** | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| **EAT ME, LLC,** | ) ) |
| Defendants. | ) ) |

8:04CV349

ORDER

This matter is before the court following a telephone conference with counsel for the parties on June 19, 2006.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **August 4, 2006** at **11:00 a.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 19th day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge