# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **OZARK MOUNTAIN SPECIALTY FOODS, INC,** | ) ) ) | |
| Plaintiff, | ) ) | 8:04CV349 |
| vs. | ) ) | ORDER |
| **EAT ME, LLC,** | ) ) | |
| Defendant. | ) | |

This matter is before the court following a telephone conference with counsel for the parties on September 8, 2006.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **November 15, 2006**, at **9:00 a.m. Central Standard Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 8th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge